**Order entered November 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00380-CR

### GENARO BAUTISTA PAZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00593-N**

## ORDER

Before the Court is appellant's October 26, 2018 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before November 26, 2018.

/s/      LANA MYERS
               JUSTICE